ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:    *zalinder@sideman.com*
ANDREW M. LEVAD (State Bar No. 313610)
E-Mail:    *alevad@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Plaintiff
VISUAL SUPPLY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>ADAM KHIMJI, an individual, and DOES 1-20, inclusive,<br><br>            Defendants. | Case No. 3:24-cv-9361<br><br>**CERTIFICATION INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT [F.R.C.P. Rule 7.1 and N.D. Cal. L.R. 3-15]** |

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Plaintiff Visual
2  Supply Company ("VSCO"), by and through its undersigned counsel, hereby certifies the following:
3  VSCO has no parent corporation and no publicly-held corporation owns 10% or more of
4  VSCO's stock.
5  Pursuant to Civil L.R. 3-15, the undersigned certifies that (in addition to the named parties)
6  the following listed persons, associations of persons, firms, partnerships, corporations (including,
7  but not limited to, parent corporations), or other entities (i) have a financial interest in the subject
8  matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
9  subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Accel Growth Fund II L.P.

DATED: December 23, 2024                SIDEMAN & BANCROFT LLP

By: _____
Zachary J. Alinder
Attorneys for Plaintiff
VISUAL SUPPLY COMPANY