1  ZACHARY J. ALINDER (State Bar No. 209009)
   E-Mail: *zalinder@sideman.com*
2  ANDREW M. LEVAD (State Bar No. 313610)
   E-Mail: *alevad@sideman.com*
3  SIDEMAN & BANCROFT LLP
4  One Embarcadero Center, Twenty-Second Floor
   San Francisco, California 94111-3711
5  Telephone: (415) 392-1960
6  Facsimile: (415) 392-0827

7  *Attorneys for Plaintiff, Visual Supply Company*

8  Simon Lin – State Bar No. 313661
   4388 Still Creek Drive, Suite 237
9  Burnaby, British Columbia, Canada V5C 6C6
   T : 604-620-2666
10 F : 888-509-8168
11 E : simonlin@evolinklaw.com

12 *Attorney for Defendant Adam Khimji*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation, | Case Number: 3:24-cv-09361-WHO |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUATION OF INITIAL CMC SCHEDULED FOR MARCH 25, 2025** |
| vs. | |
| ADAM KHIMJI, an individual and DOES 1 through 20, inclusive, | Complaint Filed: December 23, 2024 |
| Defendants. | |

1

**STIPULATION RE: CONTINUATION OF INITIAL CMC SCHEDULED FOR MARCH 25, 2025**

Pursuant to Civil Local Rule 6-2, plaintiff Visual Supply Company ("**VSCO**") and defendant Adam Khimji hereby stipulate as follows:

WHEREAS, this stipulation is supported by the Declaration of Simon Lin, submitted concurrently herewith;

WHEREAS, VSCO filed its complaint in this action on December 23, 2024;

WHEREAS, on or about January 8, 2025, Khimji signed and returned the Waiver of Service of Summons making Mr. Khimji's deadline to respond to the Complaint March 31, 2025;

WHEREAS, on or about December 27, 2024, the Court issued the ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, in particular the Initial Case Management Conference for March 25, 2025;

WHEREAS, Mr. Khimji has recently retained counsel to represent him in this case, and Mr. Khimji's counsel has a scheduling conflict on March 25, 2025 with a court hearing in another court;

WHEREAS, the parties agree to continue the Initial Case Management Conference to the Court's next available date on the Court's calendar that is mutually convenient for all parties;

WHEREAS, the Court is not available between May 12 to May 30, 2025 as detailed in the Certificate of Unavailability; and

WHEREAS, Defendant's counsel has numerous scheduling conflicts on the Tuesdays before May 12, 2025 and after May 30, 2025, as detailed in the supporting declaration and the first convenient date would be June 17, 2025.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel of record, subject to the approval of the Court, as follows:

1. The Initial Case Management Conference shall be continued to June 17, 2025.

**SO STIPULATED**

Dated: March 14, 2025        By:    /s/ Zachary Alinder
                                    ZACHARY J. ALINDER
                                    Attorney for Plaintiff, Visual Supply Company

Dated: March 14, 2025        By:    _____
                                    SIMON LIN
                                    Attorney for Defendant, Adam Khimji

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2025                _____
                                    HONORABLE WILLIAM H. ORRICK
                                    UNITED STATES DISTRICT JUDGE

3

**STIPULATION RE: CONTINUATION OF INITIAL CMC SCHEDULED FOR MARCH 25, 2025**

**CIVIL LOCAL RULE 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that written concurrence in the filing of this document has been obtained from all signatories above.

Dated: March 14, 2025        By: *Simon Lin*
                                SIMON LIN
                                Attorney for Defendant, Adam Khimji

STIPULATION RE: CONTINUATION OF INITIAL CMC SCHEDULED FOR MARCH 25, 2025