Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada
V5C 6C6
T : 604-620-2666; F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendant, Adam Khimji*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*(San Francisco)*

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ADAM KHIMJI, an individual and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case Number: 3:24-cv-09361-WHO<br>**[PROPOSED] ORDER FOR DISMISSAL AND/OR STAY**<br><br>**Judge:** Senior District Judge William H. Orrick |

　　　Before the Court is the Defendant Mr. Adam Khimji's motion for dismissal under Rule 12 and/or a stay. The Court hereby grants the motion on the following terms.

　　a. [**Dismissal for Lack of Personal Jurisdiction**] The Complaint is dismissed under Rule 12(b)(2) for lack of personal jurisdiction, without prejudice to refiling in another court with personal jurisdiction and subject to any defenses the Defendant Adam Khimji may have.

　　b. [**Alternatively, Dismissal for Lack of Subject Matter Jurisdiction**] The Complaint is dismissed under Rule 12(b)(1) for lack of subject matter jurisdiction, without prejudice to refiling in another court with subject matter jurisdiction and subject to any defenses the Defendant Adam Khimji may have.

**[PROPOSED] ORDER**

c. [**Alternatively, Dismissal Due to the Arbitration Agreement**] The Complaint is dismissed under Rule 12(b)(1) and/or 9 U.S. Code § 2-3 for breach of an arbitration agreement.

d. [**Alternatively, Dismissal for Forum Non Conveniens**] The Complaint is dismissed for reason of *forum non conveniens* in favour of the Federal Court of Canada.

e. [**Alternatively, Dismissal for Expiry of the One-Year Limitation Period**] The Complaint is dismissed with prejudice under Rule 12(b)(6) for reason of expiry of the limitation period.

f. [**Alternatively, Dismissal for Failure to State Claim**] Counts II, IV, and VI in the Complaint are dismissed under Rule 12(b)(6) for failure to state a claim.

**IT IS SO ORDERED.**

Dated: _____       _____
                                     WILLIAM H. ORRICK
                                     United States District Judge

**[PROPOSED] ORDER**