ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:  zalinder@sideman.com
ANDREW M. LEVAD (State Bar No. 313610)
E-Mail:  alevad@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:  (415) 392-1960
Facsimile:  (415) 392-0827

Attorneys for Plaintiff
VISUAL SUPPLY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADAM KHIMJI, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:24-cv-09361-WHO<br><br>**[PROPOSED] ORDER DENYING DEFENDANT ADAM KHIMJI'S MOTION TO DISMISS AND/OR STAY**<br><br>Date:  June 18, 2025<br>Time:  2:00 p.m.<br>Place:  Courtroom 2, 17th Floor<br>Judge:  Hon. William H. Orrick |

**[PROPOSED] ORDER**

Defendant Adam Khimji's Motion to Dismiss and/or Stay (the "Motion") came on regularly for hearing on June 18, 2025.  After considering the Motion and supporting papers submitted by Defendant Adam Khimji, the Opposition and supporting papers submitted by Plaintiff Visual Supply Company ("VSCO"), the Reply and supporting papers submitted by Defendant Adam Khimji, the arguments of counsel, and good cause appearing therefore, the Court hereby orders as follows:

IT IS HEREBY ORDERED that Defendant Adam Khimji's Motion is DENIED in its entirety.

**IT IS SO ORDERED.**

DATED: _____              _____
                                             Hon. William H. Orrick
                                             United States Senior District Judge