Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada
V5C 6C6
T : 604-620-2666
F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendant, Adam Khimji*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
*(San Francisco)*

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM KHIMJI, an individual and DOES 1 through 20, inclusive,<br><br>Defendants. | Case Number: 3:24-cv-09361-WHO<br><br>**SUPPLEMENTAL DECLARATION OF ADAM KHIMJI IN SUPPORT OF MOTION TO DISMISS AND/OR STAY**<br><br>**Judge:** Senior District Judge William H. Orrick |

I, Adam Khimji, do hereby declare as follows:

1. I am a Canadian citizen residing at Ottawa, Ontario, in Canada.

2. I am providing this supplemental declaration in reply to VSCO's opposition to the motion to dismiss and/or stay.

3. I have already reported the unauthorized use of my credit card to the Ottawa Police Department before receiving VSCO's opposition to my motion.

4. I am aware that the Declaration of Mr. Andrew Levad made reference to a website at http://socialgirls.live/. I have nothing to do with this website and I only learned about this website for the first time from Mr. Levad's declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 21, 2025 in the City of Ottawa, Province of Ontario, Canada.

*Adam Khimji*

Adam Khimji