Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666
F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendant Adam Khimji*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
*(San Francisco)*

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation, | Case Number: 3:24-cv-09361-WHO |
| Plaintiff, | **NOTICE OF ERRATA RE:** DEFENDANT ADAM KHIMJI'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY FOR THE MOTION TO DISMISS**. [DOC 17]** |
| vs. | |
| ADAM KHIMJI, an individual and DOES 1 through 20, inclusive, | |
| Defendants. | **Judge:** Senior District Judge William H. Orrick |
| | Date: June 18, 2025 |
| | Time: 2:00 p.m. |

NOTICE OF ERRATA is given hereby regarding page 11 in the Reply Memorandum ("**Memorandum**") where footnote 1 erroneously started with the "Plaintiff recognizes…" when it was intended to state "Defendant Mr. Khimji recognizes…"

Date: April 23, 2025

Respectfully submitted,

By: ___*Simon Lin*___
Simon Lin – State Bar No. 313661

**NOTICE OF ERRATA RE**: DEFENDANT ADAM KHIMJI'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY FOR THE MOTION TO DISMISS
Page 1
Case No: 3:24-cv-09361-WHO