1 | Simon Lin – State Bar No. 313661
2 | 4388 Still Creek Drive, Suite 237
  | Burnaby, British Columbia, Canada
3 | V5C 6C6
  | T : 604-620-2666
4 | F : 778-805-9830
  | E : simonlin@evolinklaw.com
5 |
6 | *Attorney for Defendant, Adam Khimji*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
*(San Francisco)*

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation, | Case Number: 3:24-cv-09361-WHO |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | **Judge:** Senior District Judge William H. Orrick |
| ADAM KHIMJI, an individual and DOES 1 through 20, inclusive, | Date: June 18, 2025 |
| Defendants. | Time: 2:00 p.m. |

1

**PROOF OF SERVICE**
Case Number: 3:24-cv-09361-WHO

# PROOF OF SERVICE

I, Simon Lin, declare:

I am employed in British Columbia, Canada. I am an attorney called to the bars of California, Ontario (Canada), and British Columbia (Canada). I am over the age of 18 years and not a party to the within action. My business address is Evolink Law Group 237-4388 Still Creek Drive, Burnaby, B.C. V5C 6C6. My electronic service address is simonlin@evolinklaw.com.

On this date, I served the following documents:

a. **NOTICE OF MOTION FOR SANCTIONS, MEMORANDUM OF POINTS AND AUTHORITIES**

b. **DECLARATION OF ADAM KHIMJI**

c. **DECLARATION OF SIMON LIN**

d. **PROPOSED ORDER**

e. **PROOF OF SERVICE**

✓ BY EMAIL: By causing to be transmitted via e-mail a copy of the documents listed above to the addressee at the email address listed below, and such was transmitted without error.

✓ BY MAIL: By causing to be mailed using Fedex the documents listed above to the addressee at the physical address listed on the next page.

2

**PROOF OF SERVICE**
Case Number: 3:24-cv-09361-WHO

ZACHARY J. ALINDER (State Bar No. 209009)
ANDREW M. LEVAD (State Bar No. 313610)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
E-Mail: *zalinder@sideman.com*
E-Mail: *alevad@sideman.com*

Attorney for the Plaintiff, Visual Supply Company

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 21, 2025 in the City of Coquitlam, Province of British Columbia, Canada.

By: _____*Simon Lin*_____

Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, BC, Canada V5C 6C6
T : 604-620-2666; F : 888-509-8168
E : simonlin@evolinklaw.com

2

**PROOF OF SERVICE**
Case Number: 3:24-cv-09361-WHO