1  Simon Lin – State Bar No. 313661
2  4388 Still Creek Drive, Suite 237
   Burnaby, British Columbia, Canada
3  V5C 6C6
   T : 604-620-2666; F : 778-805-9830
4  E : simonlin@evolinklaw.com

5  *Attorney for Defendant, Adam Khimji*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
*(San Francisco)*

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation, | Case Number: 3:24-cv-09361-WHO |
| Plaintiff, | **[PROPOSED] ORDER FOR SANCTIONS** |
| vs. | **Judge:** Senior District Judge William H. Orrick |
| ADAM KHIMJI, an individual and DOES 1 through 20, inclusive, | |
| Defendants. | |

Before the Court is the Defendant Mr. Adam Khimji's motion for sanctions against the Plaintiff, Visual Supply Company. The Court hereby grants the motion on the following terms.

a. the subpoenas issued in *IN RE: DMCA SECTION 512(h) SUBPOENA TO (1) CLOUDFLARE, INC.; (2) PATREON, INC.; and (3) NAMESILO, L.L.C.* (Case No: 3:24-mc-80159-SK) are quashed with prejudice;

b. [**Option A**] the Complaint in this file be dismissed with prejudice against Mr. Adam Khimji;

c. [**Alternative to Option A**] Mr. Khimji be removed as a Defendant with prejudice, striking any references to his name from the Complaint, striking

1

**[PROPOSED] ORDER**

       para. 8 of the Complaint entirely, and expunging references to Mr. Khimji in the court file.

d. reasonable attorney's fees and costs for this motion for sanctions <u>and</u> defending this case, and such proof be filed within 14 days; and

e. that the Plaintiff shall pay a fine of $10,000 into Court within thirty days.

**IT IS SO ORDERED.**

Dated: _____         _____
                                                  WILLIAM H. ORRICK
                                                  United States District Judge

**[PROPOSED] ORDER**