UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISUAL SUPPLY COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM KHIMJI,<br><br>　　　　Defendant. | Case No. 24-cv-09361-WHO<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 20 |

Pursuant to Civil Local Rule 72-1, this matter is referred to United States Magistrate Judge Sallie Kim for a report and recommendation on defendant's motion for sanctions based on subpoenas issued in 24-mc-80159-SK. Any date for hearing on this matter previously noticed on the undersigned's calendar is VACATED.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: May 13, 2025



WILLIAM H. ORRICK
United States District Judge

*Rev. 10-18*