1  Simon Lin – State Bar No. 313661
2  4388 Still Creek Drive, Suite 237
   Burnaby, British Columbia, Canada V5C 6C6
3  T : 604-620-2666
   F : 778-805-9830
4  E : simonlin@evolinklaw.com

5  *Attorney for Defendant, Adam Khimji*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*(San Francisco)*

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM KHIMJI, an individual and DOES 1 through 20, inclusive,<br><br>Defendants. | Case Number: 3:24-cv-09361-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO STAY OBLIGATIONS UNDER INITIAL CASE MANAGEMENT SCHEDULING ORDER WITH ADR DEADLINES AND STAY OF DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS AND MOTION TO STAY IN FAVOR OF ARBITRATION**<br><br>**Judge:** Senior District Judge William H. Orrick<br>**Complaint Filed**: December 23, 2024<br>**Trial Date**: None set. |

Defendant Adam Khimji filed, pursuant to Civil Local Rule 7-11, a Motion to Stay Obligations Under Initial Case Management Scheduling Order with ADR Deadlines and Stay of Discovery Pending Resolution of Motion to Dismiss and Motion to Stay in Favor of Arbitration. The Court, having read and considered the moving and responding papers and all supporting evidence, determines that Defendant's Motion is GRANTED.

IT IS HEREBY ORDERD THAT:

1

**[PROPOSED] ORDER**

1. This Court's orders (Dkt. Nos. 6 and 14) concerning initial case scheduling are VACATED.

2. The Case Management Conference scheduled for June 17, 2025, is VACATED and CONTINUED to no earlier than thirty (30) days after the Court's ruling on Motion to Dismiss and Motion to Stay in Favor of Arbitration (Dkt. No. 15).

3. All discovery in this matter is stayed until after the Court's ruling on Motion to Dismiss and Motion to Stay in Favor of Arbitration (Dkt. No. 15).

IT IS SO ORDERED.

Dated: _____

_____
WILLIAM H. ORRICK
United States District Judge

2

**[PROPOSED] ORDER**