ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:  zalinder@sideman.com
ANDREW M. LEVAD (State Bar No. 313610)
E-Mail:  alevad@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:  (415) 392-1960
Facsimile:  (415) 392-0827

Attorneys for Plaintiff
VISUAL SUPPLY COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADAM KHIMJI, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:24-cv-09361-WHO-SK<br><br>**[PROPOSED] ORDER DENYING DEFENDANT ADAM KHIMJI'S ADMINISTRATIVE MOTION TO STAY DISCOVERY**<br><br>Judge:  Hon. William H. Orrick |

**[PROPOSED] ORDER**

On May 18, 2025, Defendant Adam Khimji filed an Administrative Motion to continue the initial scheduling conference and stay discovery pending his Motion to Dismiss. Docket No. 22. After considering the Administrative Motion, including the papers filed in support as well as those filed in Opposition by Plaintiff Visual Supply Company, and good cause appearing therefore, the Court hereby orders as follows:

IT IS HEREBY ORDERED that Defendant Adam Khimji's Administrative Motion is DENIED in its entirety.

**IT IS SO ORDERED.**

DATED: _____        _____
                                      Hon. William H. Orrick
                                      United States Senior District Judge