UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISUAL SUPPLY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAM KHIMJI,<br><br>    Defendant. | Case No. 24-cv-09361-WHO<br><br>**ORDER ON ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 22 |

Defendant Adam Khimji filed an administrative motion seeking to continue the pending Case Management Conference ("CMC") and stay discovery obligations until after I rule on the pending motion to dismiss. Dkt. No. 22. Plaintiff opposes, noting that plaintiff had proposed a compromise of staying party discovery but allowing third-party discovery to commence, but the compromise was rejected by defendant. Dkt. No. 23.

Defendant's request is GRANTED in part and DENIED in part.

The CMC is continued from June 17, 2025, to June 18, 2025, to coincide with the hearing on defendant's motion to dismiss. The parties joint CMC Statement is now due by June 11, 2024. The parties shall proceed with initial disclosures, but party discovery is otherwise stayed until further order of the Court. However, third-party discovery is not stayed and may commence.

**IT IS SO ORDERED.**

Dated: June 3, 2025

_____
William H. Orrick
United States District Judge