1  Simon Lin – State Bar No. 313661
2  4388 Still Creek Drive, Suite 237
   Burnaby, British Columbia, Canada V5C 6C6
3  T : 604-620-2666
   F : 888-509-8168
4  E : simonlin@evolinklaw.com

5  *Attorney for Defendant Adam Khimji*

6

7  **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA**
8  *(San Francisco)*

9

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation, | Case Number: 3:24-cv-09361-WHO |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [N.D. Cal. L.R. 3-15]** |
| vs. | |
| ADAM KHIMJI, an individual and DOES 1 through 20, inclusive, | **Judge:** Senior District Judge William H. Orrick |
| Defendants. | |

   Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report. A supplemental certification will be filed upon any change in the information provided herein.

Date: June 10, 2025         By: _____*Simon Lin*_____

                            Simon Lin – State Bar No. 313661
                            4388 Still Creek Drive, Suite 237
                            Burnaby, BC, Canada V5C 6C6
                            T : 604-620-2666; F : 888-509-8168
                            E : simonlin@evolinklaw.com

                            *Attorney for Defendant, Adam Khimji*