ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:      zalinder@sideman.com
ANDREW M. LEVAD (State Bar No. 313610)
E-Mail:      alevad@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Plaintiff
VISUAL SUPPLY COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADAM KHIMJI, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:24-cv-09361-WHO<br><br>**STATEMENT OF RECENT DECISION RELEVANT TO DEFENDANT ADAM KHIMJI'S MOTION TO DISMISS AND/OR STAY AND PLAINTIFF'S OPPOSITION [DKT. 15 & 16]**<br><br>Date:    June 18, 2025<br>Time:    2:00 p.m.<br>Place:   Courtroom 2, 17th Floor<br>Judge:   Hon. William H. Orrick |

Plaintiff Visual Supply Company ("VSCO") respectfully submits this Statement of Recent Decision pursuant to Local Rule 7-3(d)(2).  The purpose of this Statement is to bring to the Court's attention a recent decision that is relevant to its determination of Defendant Adam Khimji's ("Mr. Khimji's") pending Motion to Dismiss (Dkt. 15) and Plaintiff's April 14, 2025 Opposition to Mr. Khimji's Motion to Dismiss (Dkt. 16):

1. *Briskin v. Shopify, Inc.*, 135 F.4th 739 (9th Cir. 2025), filed April 21, 2025, which reversed and remanded, concluding that the Canadian defendant was subject to personal jurisdiction in California, while expressly overruling *AMA Multimedia, LLC v. Wanat*, 970 F.3d 1201 (9th Cir. 2020) "and any other cases that require some sort of differential treatment of the forum state for a finding of 'express aiming' of the defendant's allegedly tortious conduct" and distinguishing *Walden v. Fiore*, 571 U.S. 277 (2014).  *Id*. at 758-61.  A true and correct copy of the Westlaw version of the Ninth Circuit's decision is attached hereto as **Exhibit A**.

DATED: June 17, 2025                    Respectfully submitted,

                                        SIDEMAN & BANCROFT LLP

                                        By: /s/ Zachary J. Alinder
                                            Zachary J. Alinder
                                            Andrew M. Levad
                                            Attorneys for Plaintiff
                                            VISUAL SUPPLY COMPANY