UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMENDED
**CIVIL MINUTES**

| **Date:** June 18, 2025 | **Time:** 14 minutes<br>2:25 p.m. to 2:39 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 24-cv-09361-WHO | **Case Name:** Visual Supply Company v. Khimji | |

**Attorneys for Plaintiff:** Andrew M. Levad and Zachary J. Alinder
**Attorney for Defendant:** Simon Pak Hei Lin

**Deputy Clerk:** Jean Davis                **Court Reporter:** Ana Dub

**PROCEEDINGS**

Hearing on Motions to Dismiss/Stay conducted via videoconference. Court provides brief tentative. Argument of counsel heard. Motion taken under submission; written order to follow. Based on the assumption that the case will proceed, counsel should meet and confer and submit a joint case management statement by **July 8, 2025**, which sets out a proposed pretrial schedule. If that statement reflects that a Case Management Conference is necessary, it will be held via videoconference on **July 15, 2025 at 2:00 p.m.**