Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada
V5C 6C6
T : 604-620-2666; F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendant, Adam Khimji*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM KHIMJI, an individual and DOES 1 through 20, inclusive,<br><br>Defendants. | Case Number: 3:24-cv-09361-WHO<br>**[PROPOSED] ORDER FOR SANCTIONS**<br><br>**Judge:** Senior District Judge William H. Orrick |

Before the Court is the Defendant Mr. Adam Khimji's motion for de novo determination of the motion for sanctions against the Plaintiff, Visual Supply Company. The Court hereby grants the motion for de novo determination of the motion for sanctions and grants the motion for sanctions on the following terms.

a. [**Option A**] the Complaint in this file be dismissed with prejudice against Mr. Adam Khimji;

b. [**Alternative to Option A**] Mr. Khimji be removed as a Defendant with prejudice, striking any references to his name from the Complaint, striking para. 8 of the Complaint entirely, and expunging references to Mr. Khimji in the court file.

1

**[PROPOSED] ORDER**

    c. reasonable attorney's fees and costs for this motion for sanctions <u>and</u> defending this case, and such proof be filed within 14 days; and

    d. that the Plaintiff shall pay a fine of $10,000 into Court within thirty days.

[**Alternatively**] Before the Court is the Defendant Mr. Adam Khimji's motion for de novo determination of the motion for sanctions against the Plaintiff, Visual Supply Company. The Court hereby denies the motion for de novo determination of the motion for sanctions and denies the motion for sanctions without prejudice to refiling after the deadline for amendment of pleadings in this action.

**IT IS SO ORDERED.**

Dated: _____         _____
                                           WILLIAM H. ORRICK
                                           United States District Judge

**[PROPOSED] ORDER**