UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Northern California

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: 3:24-cv-09361-WHO

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 12/23/2024

Date of judgment or order you are appealing: 07/10/2025

Docket entry number of judgment or order you are appealing: 40

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☑ Yes  ☐ No  ☐ IFP was granted by U.S. District Court

Per FRAP 3(c)(6), this appeal pursuant to 9 U.S.C. § 16(a)(1) is limited to the denial of the motion to stay in favor of arbitration.

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Adam Khimji

Is this a cross-appeal?  ☐ Yes  ☑ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☐ Yes  ☑ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Simon Lin         **Date** Jul 14, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                          Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Adam Khimji |

Name(s) of counsel (if any):

| |
|---|
| Simon Pak Hei Lin |

Address: 4388 Still Creek Drive, Suite 237, Burnaby BC, Canada, V5C 6C6

Telephone number(s): 604-620-2666

Email(s): simonlin@evolinklaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Visual Supply Company |

Name(s) of counsel (if any):

| |
|---|
| Zachary J. Alinder |
| Andrew Miles Levad |

Address: 1 Embarcadero Ctr, Fl 22, San Francisco, CA 94111-3711

Telephone number(s): 415-392-1960

Email(s): zalinder@sideman.com; alevad@sideman.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                         1                                   New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　2　　　　　　　　　　　　　　*New 12/01/2018*