# FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

VISUAL SUPPLY COMPANY,

        Plaintiff - Appellee,

  v.

ADAM KHIMJI,

        Defendant - Appellant.

No. 25-4348

D.C. No.
3:24-cv-09361-WHO
Northern District of California,
San Francisco

ORDER

---

The court has received the emergency motion to stay. The response to the emergency motion is due by 12:00 p.m. Pacific Time on July 21, 2025. The optional reply in support of the emergency motion is due by 12:00 p.m. Pacific Time on July 22, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT