| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 12 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

VISUAL SUPPLY COMPANY,

      Plaintiff - Appellee,

v.

ADAM KHIMJI,

      Defendant - Appellant.

No. 25-4348

D.C. No. 3:24-cv-09361-WHO
Northern District of California,
San Francisco

ORDER

Pursuant to the parties' stipulation (Docket Entry No. 18), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

                                            FOR THE COURT:

                                            MOLLY C. DWYER
                                            CLERK OF COURT