Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada
V5C 6C6
T : 604-620-2666
F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendant Adam Khimji*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM KHIMJI, an individual and DOES 1 through 20, inclusive,<br><br>Defendants. | Case Number: 3:24-cv-09361-WHO<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT ADAM KHIMJI'S MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE [Docket #39]**<br><br>**Judge:** Senior District Judge William H. Orrick |

**NOTICE OF WITHDRAWAL OF DEFENDANT ADAM KHIMJI'S MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE [Docket #39]**
Case Number: 3:24-cv-09361-WHO

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On July 9, 2025, Defendant Adam Khimji ("**Mr. Khimji**") filed a Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge (the "**Motion**") See Dkt. 39. The opposition for the Motion has yet to be filed and was taken off the Court's calendar on or about July 23, 2025, as there was a pending appeal at the Ninth Circuit. On December 12, 2025, the appeal was dismissed.

Mr. Khimji hereby withdraws his Motion pursuant to Civil Local Rule 7-7(e).

Date: December 13, 2025

Respectfully submitted,

By: _____

Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, BC, Canada V5C 6C6
T : 604-620-2666; F : 778-805-9830
E : simonlin@evolinklaw.com

**NOTICE OF WITHDRAWAL OF DEFENDANT ADAM KHIMJI'S MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE [Docket #39]**