ZACHARY J. ALINDER (SBN 209009)
E-Mail:      zalinder@sideman.com
ANDREW M. LEVAD (SBN. 313610)
E-Mail:      alevad@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Plaintiff
VISUAL SUPPLY COMPANY

SIMON LIN (SBN 313661)
E-Mail:  simonlin@evolinklaw.com
EVOLINK LAW GROUP
4388 Still Creek Drive, Suite 237
Burnaby, BC   V5C 6C6
Canada
Telephone:    (604) 620 2666

Attorneys for Defendant
ADAM KHIMJI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADAM KHIMJI, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:24-cv-09361-WHO-SK<br><br>**STIPULATED VOLUNTARY DISMISSAL OF DEFENDANT ADAM KHIMJI ONLY PURSUANT TO FED. R. CIV. PROC. 41(a)(1)**<br><br><br>Judge:    Honorable William H. Orrick<br>Courtroom: 2, 17th Floor |

Plaintiff Visual Supply Company ("VSCO") and Defendant Adam Khimji ("Mr. Khimji" and together with VSCO, the "Parties") jointly submit this stipulation for voluntary dismissal <u>as to Mr. Khimji only</u>.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties through their counsel of record, that Defendant Adam Khimji <u>only</u> is **HEREBY** dismissed from the Civil Action pursuant to Fed. R. Civ. Proc. Rule 41(a)(1).

**IT IS SO STIPULATED.**

DATED:  December 16, 2025      SIDEMAN & BANCROFT LLP


By: _____
    Zachary J. Alinder
    Attorneys for Plaintiff
    Visual Supply Company


DATED:  December 16, 2025      EVOLINK LAW GROUP


By:  /s/ Simon Lin
    Simon Lin
    Attorneys for Defendant
    Adam Khimji

**ATTESTATION**

Under Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that the concurrence in the filing of this document has been obtained from the other signatory above.

DATED: December 16, 2025

SIDEMAN & BANCROFT LLP

By: _____
Zachary J. Alinder
Attorneys for Plaintiff
Visual Supply Company