AO 120 (Rev. 08/10) (CAND version 7/18)

| TO: | Mail Stop 8 ~~Director of the U.S. Patent and Trademark Office~~ ~~P.O. Box 1450~~ Alexandria, VA 22313-1450 **Do not mail; see e-filing instructions at bottom of page.** | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Northern District of California on the following ...

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 3:24-cv-09361-WHO | 12/23/2024 | NORTHERN DISTRICT OF CALIFORNIA |
| PLAINTIFF VISUAL SUPPLY COMPANY | | DEFENDANT ADAM KHIMJI, et al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4273434 | 1/8/2013 | Visual Supply Co. |
| 2 | 4672062 | 1/13/2015 | Visual Supply Co. |
| 3 | 4262139 | 12/18/2012 | Visual Supply Co. |
| 4 | 4716756 | 4/7/2015 | Visual Supply Co. |
| 5 | 5142430 | 2/14/2017 | Visual Supply Co. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
|  | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5271667 | 8/22/2017 | Visual Supply Co. |
| 2 | 5125103 | 1/17/2017 | Visual Supply Co. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| Voluntarily dismissed |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Mark B. Busby *(signature)* | *(signature)* | 12/17/2025 |

**E-filing instructions: Please save and e-file in CM/ECF under Other Filings > Other Documents > Patent/Trademark Report.**