UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISUAL SUPPLY COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOES 1-20, inclusive<br><br>　　　　　Defendants. | Case No. 24-cv-09361-WHO<br><br>**ORDER VACATING CASE SCHEDULE AND SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

In light of plaintiff's need to identify Doe defendants through third party discovery now that the only named defendant has been dismissed, as reported in the Updated Case Management Statement, the case schedule previously set is VACATED. The Case Management Conference set for January 13, 2026, is also VACATED and a further Case Management Conference is set for July 14, 2026 at 2:00 p.m. A Joint Case Management Statement is due July 7, 2026. A new case schedule will be entered once the Doe defendants are served and have appeared.

**IT IS SO ORDERED.**

Dated: January 7, 2026



William H. Orrick
United States District Judge