ZACHARY J. ALINDER (SBN 209009)
E-Mail: zalinder@sideman.com
ANDREW M. LEVAD (SBN 313610)
E-Mail: alevad@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Plaintiff
VISUAL SUPPLY COMPANY

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

VISUAL SUPPLY COMPANY, a Delaware corporation,

Plaintiff,

v.

DOES 1-20, inclusive,

Defendants.

Case No. 3:24-cv-09361-WHO-SK

**CASE MANAGEMENT UPDATE**

Date: July 14, 2026
Time: 2:00 p.m.
Crtrm.: 2, 17th Floor

Honorable William H. Orrick

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

Plaintiff Visual Supply Company ("VSCO" or "Plaintiff") hereby submits this Updated Case Management Statement pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9 and the Order of this Court at Dkt. 59.

**<u>Case Management Update on Doe Defendants, Resolutions, and Scheduling</u>**

Since the prior case management conference, primarily through non-party subpoena discovery, VSCO has been able to uncover, identify, and then engage with several Doe Defendants with the principal aim of resolving the claims here, if possible. VSCO has been successful in these settlement efforts with the Doe Defendants identified thus far.

The current status is that VSCO is still engaged in negotiating the resolution with the last remaining known Doe Defendants that have been identified and currently expects to finalize that resolution within the next 30 days.[1] As a result, VSCO respectfully submits that there is good cause for the Court to continue the case management conference by 60 days.

DATED: July 7, 2026

Respectfully submitted,

SIDEMAN & BANCROFT LLP

By: /s/ *Zachary J. Alinder*
Zachary J. Alinder
Attorneys for Plaintiff
Visual Supply Company

[1] While VSCO does not anticipate uncovering additional Doe Defendants in the meantime, there is a possibility that additional discovery or the current resolutions will shed light on the identities of additional potential Doe Defendants and/or co-conspirators. VSCO provides this note in an abundance of caution, that it is possible that VSCO's expected timing may of course change if the identity of any previously-unknown co-conspirators comes to light in the meantime.