ZACHARY J. ALINDER (SBN 209009)
E-Mail: zalinder@sideman.com
ANDREW M. LEVAD (SBN 313610)
E-Mail: alevad@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Plaintiff
VISUAL SUPPLY COMPANY

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

VISUAL SUPPLY COMPANY, a Delaware corporation,

Plaintiff,

v.

DOES 1-20, inclusive,

Defendants.

Case No. 3:24-cv-09361-WHO-SK

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i)**

Judge: Honorable William H. Orrick
Courtroom: 2, 17th Floor

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff Visual Supply Company hereby voluntarily dismisses the remainder of the above-captioned action without prejudice.

DATED: September 8, 2026

SIDEMAN & BANCROFT LLP

By: ______________________
Zachary J. Alinder
Attorneys for Plaintiff
Visual Supply Company

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711